**No. 10-8527. Michael Addison, Petitioner v. New Hampshire.**

563 U.S. 991, 131 S. Ct. 2444, 179 L. Ed. 2d 1215, 2011 U.S. LEXIS 3638.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of New Hampshire denied.

Same case below, 160 N.H. 792, 8 A.3d 118.